Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>Tyler Laube<br><br>DEFENDANT. | CR 18-00759-CJC-3 |
| | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge  CORMAC J. CARNEY

☐ Magistrate Judge _____

on Wednesday, November 28, 2018 at 10:00  ☑ a.m.  ☐ p.m.

in courtroom 7C - First Street Courthouse, Los Angeles, CA 90012.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☐ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| November 26, 2018 | M. Kunig | 714-338-2849 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation  ☐ Interpreter's Office  ☑ PSA.