UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

***UNDER SEAL*==

| Case No. | CR 18-00759-CJC-3 | | Date | November 28, 2018 |
|---|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Melissa Kunig | Debbie Hino-Spaan | David Ryan; George Pence |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) Tyler Laube | X | X | | 3) Jerome Haig (CJA) | X | X | |

**PROCEEDINGS:** DEFENDANT TYLER LAUBE'S APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER [69]

Application hearing held.  Pretrial Services Agent Erika Pimintel also present.  For the reasons stated on the record, the proceedings are ordered to be under seal as well as the corresponding transcript until further order of the Court.  The Court confers with counsel regarding defendant's application.

After considering oral arguments made by all parties, the Court orders that the Application for Reconsideration of Detention Order is hereby **GRANTED.**  See separate bond paperwork for further details.

0 : 30

Initials of Deputy Clerk   mku

cc: PSA
    USMS