Law Office of Jerome J. Haig
Jerome J. Haig, Attorney at Law (SBN 131903)
21143 Hawthorne Blvd., Suite 454
Torrance, CA 90503
Tel: (424) 488-0686
mobile: (424) 271-5990
email: jerome@jeromehaiglaw.com



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> TYLER LAUBE <br> DEFENDANT. | CASE NUMBER: <br> CR 18-759-CJC-3 <br><br> DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, _____Tyler Laube_____, declare that
*(Defendant/Material Witness)*

[✓]  I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

[ ]  I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

[ ]  I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

[ ]  My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20th__ day of __November__, 20__18__
at __Los Angeles, CA__
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____        _____
                                                                *Interpreter*

CR-37 (05/15)           DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS