# EXHIBIT 1

State of California - The Resources Agency
DEPARTMENT OF PARKS AND RECREATION

# PUBLIC SAFETY REPORT

Page 1 of ___5___

| ☑ CRIME | EVENT NUMBER 170325SUR-0085 | PARK UNIT NAME Bolsa Chica State Beach | PARK UNIT NO. 534 | DISTRICT NAME Orange Coast North |
|---|---|---|---|---|
| ☐ INCIDENT | CODE SECTION AND DESCRIPTION, OR TYPE OF INCIDENT PC 22810(g)(1) Illegal use of Tear Gas (or similar). | | | ☑ Additional Code Sections (see attached) |
| ☐ FIRE | LOCATION Sea Legs on the Beach Restaurant | | COUNTY Orange | |

| From DATE OCCURRED 3/25/2017 | To 3/25/2017 | From TIME OCCURRED 1230 | To 2200 | DATE REPORTED 3/25/2017 | TIME REPORTED 1245 | DAY OF WEEK Saturday | HOLIDAY ☐ |
|---|---|---|---|---|---|---|---|

| OTHER AGENCY CHP | OTHER AGENCY REPORT NO. | FILE CONTROL NO. |
|---|---|---|

| PARTY 1 | DRIVER LICENSE/IDENTIFICATION CARD NO. | STATE CA | LOCATION TYPE/POINT OF ORIGIN |
|---|---|---|---|

| VICTIM ☐ | NAME (FIRST,MI,LAST) JUSTIN NAOKI FRAGOSA | ☐ Reporting Party |
|---|---|---|

| WITNESS ☐ | STREET ADDRESS |
|---|---|

| INVOLVED ☐ | CITY / STATE / ZIPCODE |
|---|---|

| SUSPECT ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE (M/D/YYYY) | RACE A | OTHER |
|---|---|---|---|---|---|---|---|---|

| ARRESTED ☑ | HOME PHONE | BUSINESS PHONE |
|---|---|---|

| INJURED ☐ | VEHICLE YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|

| FATAL ☐ | VEHICLE TYPE | LICENSE NO. | STATE | ADDITIONAL VEHICLE IDENTIFIERS |
|---|---|---|---|---|

Location Type/Point of Origin:
- ☐ Outside of Park
- ☐ OHV Area
- ☐ Ocean/Bay
- ☑ Beach (Sand or Rock)
- ☐ Tide Pool
- ☐ Cliff
- ☐ Paved Walkway
- ☐ Designated Trail (Single track)
- ☐ Undesignated Trail (Volunteer)
- ☐ Unpaved Service or Fire Road
- ☐ Paved Bike Trail (Multiuse Path)
- ☐ Public Road
- ☐ Bridge
- ☐ Parking Lot
- ☐ Developed Campsite
- ☐ Undeveloped Campsite
- ☐ Corporation Yard
- ☐ Residence Area
- ☐ Other Developed Area
- ☐ Other Undeveloped Area
- ☐ Vehicle

Lake/Reservoir:
- ☐ Designated Swim Area
- ☐ Non-Designated Swim Area

River/Pond/Slough:
- ☐ White Water
- ☐ Moving
- ☐ Non-Moving

Building/Structure:
- ☐ Concession Facility
- ☐ Historic Building
- ☐ Stairway
- ☐ Restroom
- ☐ Other Building/Structure

| PARTY 2 | DRIVER LICENSE/IDENTIFICATION CARD NO. | STATE |
|---|---|---|

| VICTIM ☑ | NAME (FIRST,MI,LAST) C         E | ☐ Reporting Party |
|---|---|---|

| WITNESS ☐ | STREET ADDRESS 4065 Howard Ave |
|---|---|

| INVOLVED ☐ | CITY / STATE / ZIPCODE Los Alamitos, CA 90720 |
|---|---|

| SUSPECT ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE (M/D/YYYY) | RACE W | OTHER |
|---|---|---|---|---|---|---|---|---|

| ARRESTED ☐ | HOME PHONE | BUSINESS PHONE |
|---|---|---|

| INJURED ☐ | VEHICLE YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|

| FATAL ☐ | VEHICLE TYPE | LICENSE NO. | STATE | ADDITIONAL VEHICLE IDENTIFIERS |
|---|---|---|---|---|

| PARTY 3 | DRIVER LICENSE/IDENTIFICATION CARD NO. | STATE |
|---|---|---|

| VICTIM ☐ | NAME (FIRST,MI,LAST) N   H | ☐ Reporting Party |
|---|---|---|

| WITNESS ☑ | STREET ADDRESS unk. |
|---|---|

| INVOLVED ☐ | CITY / STATE / ZIPCODE |
|---|---|

| SUSPECT ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE (M/D/YYYY) | RACE | OTHER |
|---|---|---|---|---|---|---|---|---|

| ARRESTED ☐ | HOME PHONE | BUSINESS PHONE |
|---|---|---|

| INJURED ☐ | VEHICLE YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|

| FATAL ☐ | VEHICLE TYPE | LICENSE NO. | STATE | ADDITIONAL VEHICLE IDENTIFIERS |
|---|---|---|---|---|

| SPECIAL HANDLING/STATUS | | TRANSPORTED BY (check one) | |
|---|---|---|---|
| ☐ Hate Crime | ☐ Juvenile Confidentiality | ☐ State Assets Lost/Stolen (copy to Audits Office) | ☐ Self   ☐ Ambulance |
| ☐ Domestic Violence | ☐ PC 293 Confidentiality | ☐ Attorney General Notified | ☐ Friend/Family   ☐ Other Agency |
| ☐ Outside Agency Assist | ☐ Public Safety Section Review | ☐ Copy to Local Law Enforcement | ☐ Paramedics   ☐ DPR |

| NAME OF REPORTING EMPLOYEE C.Ward | SIGNATURE | TITLE State Park Peace Officer | BADGE NO. 1409 | DATE 3/25/2017 |
|---|---|---|---|---|
| SIGNATURE OF SUPERVISOR | | TITLE SPPO - SBPII | BADGE NO. 1075 | DATE 3/26/17 |

DPR 385 (Rev. 8/2005)(Front)(Excel 8/2/2005)

**REPORT CONTINUATION/SUPPLEMENTARY PAGE**

State of California - The Resources Agency
DEPARTMENT OF PARKS AND RECREATION

| | DATE OF ORIGINAL INCIDENT | TIME OCCURRED | EVENT NUMBER | PAGE |
|---|---|---|---|---|
| ☐ PUBLIC SAFETY REPORT | 3/25/2017 — 3/25/2017 | 1230 — 2200 | 170325SUR-0085 | 3 of 5 |
| ☐ VESSEL ACCIDENT REPORT | DISTRICT NAME | | | |
| ☐ TRAFFIC COLLISION | Orange Coast North | | | |
| ☑ CRIME | PARK UNIT NAME | | | PARK UNIT NO. |
| | Bolsa Chica State Beach | | | 534 |

Charges:
PC 22810(g)(1) Illegal use of Tear Gas (or similar)   F
PC 404.6 Incite Riot   404.6(a)   M
PC242 Battery   M

Summary:
Justin Naoki Fragosa identifies himself as an activist. Fragosa helped to organize a group of activists to demonstrate against a permitted event at Bolsa Chica State Beach, in Orange County,CA . I believe that Fragosa came to the event ready for a physical fight. Fragosa came to the event dressed in clothing that covered his identity and extremities that would also protect him from the effects of pepper spray. When an altercation between protesters and the event erupted, I saw Fragosa running away from the altercation, being followed by a group from the event. Fragosa jumped a fence onto Pacific Coast Highway (PCH), where he was detained by California Highway Patrol (CHP) Officers. While Fragosa was detained, C          Hi         , identified Fragosa as the person that pepper sprayed her in the face, unprovoked. Hinojosa told me that Fragosa came up to her while she was walking and sprayed her and others in the face with pepper spray. Hinojosa told me that her face was still burning from the spray. During a search incident to arrest, pepper spray and a mouth guard was found on Fragosa. At least two other people in the group organized by Fragosa were arrested for illegal use of pepper spray on a crowd. Based on the totality of the circumstances, I had probable cause to believe that Fragosa organized and participated in the use of pepper spray on the crowd at the event, which is a violation of  PC 22810(g)(1) Illegal use of Tear Gas (or similar), and  PC 4404.6 Incite a Riot. Because Fragosa had injured Hinojosa by pepper spraying her in the face causing temporary injury, Fragosa also violated PC 242 Battery.

Narrative:
On 3/25/2017 I was on full uniformed patrol at Bolsa Chica State Beach in Orange County. I was assigned as a field supervisor and was monitoring a permitted special event near Sea Legs on the Beach restaurant. The event was called Make America Great Again (MAGA) march. Prior to the event, officers were warned that protesters may try to stop the event, and may use violence or riotous techniques to stop the event.  I was assigned with Lt. David (1075) near Sea Legs restaurant (which was closed). At approximately 1200 hours, prior to any altercation, I counted approximately 28 protesters on the sand in front Sea Legs restaurant. I noticed approximately seven of the protesters had covered their faces with bandanas and sunglasses. The protesters were playing music and chanting. One of the songs that I heard was a rap song containing the lyrics "Fuck Trump". More than one of the protesters had that slogan on their t-shirts. The protesters appeared to want to agitate and annoy the participants of the march.

At approximately 1235 hours, I was notified by Incident Command (IC) over the radio that the group of protesters was physically blocking the path of the event. At approximately 1230 hours, the beginning of the march reached the protesters. There appeared to be a small altercation, but the march continued past the protesters. At approximately 1232 hours notification that a crowbar and hammer had been recovered near the protesters. At approximately 1235 hours, a large fight broke out on the beach between protesters and participants of the march. I heard over the radio that protesters were spraying pepper spray on the crowd. Lt. David moved to the beach and I covered the back of Sea Legs restaurant to watch for riotous groups flanking our officers. I saw Fragosa, later identified by CDL, running away from the altercation, being followed by a group from the event. Fragosa jumped a fence onto Pacific Coast Highway (PCH), where he was detained by California Highway Patrol (CHP) Officers.

Fragosa was wearing long sleeve black hooded jacket with the hood over his head, a black bandana covering his face and swim style dark goggles. While Fragfosa was detatined I spoke with a victim, Clarissa M. Hinojosa.

| REPORTING EMPLOYEE'S SIGNATURE | BADGE NO. | MO. DAY YR. | SUPERVISOR'S SIGNATURE | BADGE NO. | MO. DAY YR. |
|---|---|---|---|---|---|
| | 1409 | 3/25/2017 | | 1075 | 3/24/17 |

DPR 386 (Rev. 3/2003)(FrontI)(Excel 3/26/2003)

**PUBLIC SAFETY REPORT**    REPORT NUMBER:   170325SUR-0085    Page  2  of  5

| 1 2 3 | ACTIVITY | 1 2 3 | ACTIVITY | 1 2 3 | ACTIVITY | 1 2 3 | INJURY/MECHANISM |
|---|---|---|---|---|---|---|---|
| | *GENERAL* | | *BOAT* | | *TRANSPORTATION* | | *GENERAL* |
| | EQUESTRIAN | | SAILBOATING | | BICYCLE | | OTHER PERSON ACTIVITY |
| | JOGGING/RUNNING | | BOARD SAILING | | MOUNTAIN BIKE | | SLIP/TRIP |
| | HANG GLIDING | | RAFTING | | ATV | | VEHICLE BARRIER |
| | SPORT/ROCK CLIMB | | KAYAKING/CANOEING | | DIRT BIKE | | ENVIRONMENT |
| | GAMES | | PERS. WATERCRAFT | | 4 WD | | FALL |
| | WALKING/HIKING | | OTHER POWER BOATING | | DUNE BUGGY/RAIL | | FIRE RING |
| | HUNTING | | OTHER: | | SNOWMOBILE | | SUICIDE |
| | CAMPING | | *WATER CONTACT* | | STREET VEHICLE | | CRIME |
| | DAY USE | | SWIMMING | | SKATES (ALL TYPES) | | OTHER: |
| | RESCUE ATTEMPT | | BODY SURFING | | SKATEBOARD | | *ANIMAL* |
| | CRIMINAL | | BODY BOARDING | | OTHER: | | LEASHED DOG |
| | OTHER: Pedestrian | | SURFING | | *CONTRIBUTING FACTOR* | | UNLEASHED DOG |
| | *WINTER SPORTS* | | SKIM BOARDING | | ALCOHOL | | BEE/WASP |
| | XC SKIING | | SKIN DIVING | | DRUGS | | TICK |
| | DOWNHILL SKIING | | WATER SKIING | | LAW/RULE VIOLATION | | SNAKE, POISONOUS |
| | SNOWBOARDING | | WATER ENTRY | | LACK OF SAFETY EQUIP | | SNAKE, OTHER |
| | SLEDDING | | FELL INTO WATER | | INATTENTION | | STINGRAY |
| | SNOWSHOES | | FISHING | | MISJUDGMENT | | MARINE MAMMAL |
| | OTHER: | | BEACHCOMBING | | NONE | | SHARK |
| | *SPECIAL EVENT* | | PLAY NEAR WATER | | OTHER: | | OTHER MARINE |
| | PARTICIPANT | | OTHER: | | | | BEAR |
| | SPECTATOR | | | | | | SQUIRREL |
| | OFFICIAL | | | | | | MOUNTAIN LION |
| | OTHER: | | | | | | OTHER : |

| EVIDENCE STATUS | ☐ *Photos Taken* | VEHICLE STATUS | |
|---|---|---|---|
| ☑ Obtained. Log No.: ___17007___ | | ☐ Towed By: _____ | ☐ Released To: _____ |
| | | | *(Name/DOB)* |
| ☐ Sent To Lab | | ☐ Stored By: _____ | ☐ Left On Scene |
| ☐ Released To: _____ | | ☐ Impounded By: _____ | |

## PROPERTY INVOLVED      ☐ *Additional Items On Separate Page*

| Property Status* | Article Name | Disposition | Brand, Make, or Manufacturer | Model Name & Model Number | Description | Value |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## PROPERTY SUMMARY
### *(In Dollars)*

| | 01 Cash Notes | 02 Jewelry Metals | 03 Clothes/ Furs | 05 Office Equip. | 06 TV/Radio Camera | 07 Firearms | 08 Household Goods | 09 Consumable Goods | 10 Livestock | 11 Misc. | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | | | | | |
| RECOVERED | | | | | | | | | | | |

DPR 385 (Back)          *Enter either Damaged, Recovered, or Stolen.*

# REPORT CONTINUATION/SUPPLEMENTARY PAGE

State of California - The Resources Agency
DEPARTMENT OF PARKS AND RECREATION

| | DATE OF ORIGINAL INCIDENT | TIME OCCURRED | EVENT NUMBER | PAGE |
|---|---|---|---|---|
| ☐ **PUBLIC SAFETY REPORT** | 3/25/2017 — 3/25/2017 | 1230 — 2200 | 170325SUR-0085 | 4 of 5 |
| ☐ **VESSEL ACCIDENT REPORT** | DISTRICT NAME | | | |
| ☐ **TRAFFIC COLLISION** | Orange Coast North | | | |
| ☑ **CRIME** | PARK UNIT NAME | | | PARK UNIT NO. |
| | Bolsa Chica State Beach | | | 534 |

Charges:
PC 22810(g)(1) Illegal use of Tear Gas (or similar)
PC 4404.6 Incite Riot
PC 242 Battery

Narrative continued:

**H      's statement:**
H      told me that she was walking with a crowd of people at the march when all of a sudden Fragosa just walked up to her and began spraying her and the crowd with pepper spray. Hinojosa identified Fragosa as the person that pepper sprayed her. H. told me that Fragosa sprayed her directly in the face, and that her face was still burning from the spray.

During a search incident to arrest, pepper spray and a mouth guard was found on Fragosa.

I placed Fragosa under arrest for violation of PC 22810(g)(1) Illegal use of Tear Gas (or similar) . Fragosa was transported back to Bolsa Chica HQ for processing.

Multiple people in the area were upset and telling me that Fragosa had pepper sprayed them too. A witness, Naui Huitzicopochtli told me that he had video of the event.

At approximately 1330 hours at Bolsa Chica HQ Fragosa asked if he could talk to me. Fragosa told me that he was only using the pepper spray in self-defense. I read Fragosa his Miranda Rights, he said he understood his rights and was willing to talk about what happened.

**Fragosa's Statement:**
Fragosa told me that he was an activist and had been to numerous protests. Fragosa said that he came with two of the other three people that had been arrested for pepper spraying the crowd. Fragosa told me that he knew that the man and woman that he came with both had pepper spray. All three were wearing protective clothing and coverings on their face. Fragosa said that he had contacted them before the event to make sure that they were going. Fragosa said that he came to protest fascism, not to fight personally. Fragosea said that he knew that the confrontation could get violent, that's why he had the mouth guard and pepper spray, for his personal protection. Fragosa said that he knew the female, Jessica, and the male, Jesus, for a long time. Fragosa said that he saw Jessica get punched in the face and that's when he began pepper spraying the crowd in self-defense. While Fragosa pepper sprayed the crowd he told people to, "Back the fuck off!" Fragosa said that after he pepper sprayed people, he was punched and knock to the ground by multiple people, so he tried to spray them too. He ran away and jumped the fence on PCH in fear of the rest of the group. Fragosa told me that he had also been arrested before at an "Occupy L.A." protest in 2012, but the charges were dropped. (He was actually convicted for PC 409, Remain at the Scene of a Riot). Fragosa told me that a man named Williams had video that showed him being punched but did not know how I could contact Williams. Fragosa told me that he did not purchase the pepper spray for the event, he had it at his house. The confiscated pepper spray was manufactured in 2012. Fragosa told me that he did not need any medical attention.

Officer Senneff (1547) transported Fragosa to Orange County Jail for booking.

I booked the pepper spray and mouth guard case into evidence, #17007, at Bolsa Chica HQ

| REPORTING EMPLOYEE'S SIGNATURE | BADGE NO. | MO. DAY YR. | SUPERVISOR'S SIGNATURE | BADGE NO. | MO. DAY YR. |
|---|---|---|---|---|---|
| | 1409 | 3/25/2017 | | 1075 | 3/26/17 |

DPR 386 (Rev. 3/2003)(FrontI)(Excel 3/26/2003)

**REPORT CONTINUATION/SUPPLEMENTARY PAGE**

State of California - The Resources Agency
DEPARTMENT OF PARKS AND RECREATION

| | DATE OF ORIGINAL INCIDENT | | TIME OCCURRED | | EVENT NUMBER | PAGE | | |
|---|---|---|---|---|---|---|---|---|
| ☐ PUBLIC SAFETY REPORT | 3/25/2017 — 3/25/2017 | | 1230 — 2200 | | 170325SUR-0085 | 5 | of | 5 |
| ☐ VESSEL ACCIDENT REPORT | DISTRICT NAME | | | | | | | |
| ☐ TRAFFIC COLLISION | Orange Coast North | | | | | | | |
| ☑ CRIME | PARK UNIT NAME | | | | | PARK UNIT NO. | | |
| | Bolsa Chica State Beach | | | | | 534 | | |

Charges:
PC 22810(g)(1) Illegal use of Tear Gas (or similar)
PC Æ404.6 Incite Riot
PC 242 Battery

Conclusion:
Based on the totality of the circumstances, I have probable cause to believe that Fragosa organized and participated in the use of pepper spray on a crowd to try to disrupt a permitted political event and not in self-defense as he claims which is a violation of PC 22810(g)(1) Illegal use of Tear Gas (or similar), and PC Æ404.6 Incite a Riot. Because Fragosa injured H_____ by pepper spraying her in the face causing temporary injury, Fragosa also violated PC 242 Battery.

| REPORTING EMPLOYEE'S SIGNATURE | BADGE NO. | MO. DAY YR. | SUPERVISOR'S SIGNATURE | BADGE NO. | MO. DAY YR. |
|---|---|---|---|---|---|
| | 1409 | 3/25/2017 | | 1075 | 3/26/17 |

DPR 386 (Rev. 3/2003)(Front)(Excel 3/26/2003)

# CDPR 170325SUR-0085 REJECTED

## CMSEDCService@da.ocgov.com

Fri 6/2/2017 3:33 PM

To ParksLiaison, State@Parks <State.ParksLiaison@parks.ca.gov>;

***** Do not reply to this email. This is not a monitored mailbox. *****

The Request for Complaint for CDPR 170325SUR-0085 is REJECTED:

DA CASE NUMBER: 17W02394X
DEFENDANTS:
FRAGOSA, JUSTIN NAOKI
22810(g)(1) PC
404.6(a) PC
242 PC

REASON: Rejected Reason: 011 - Lack Sufficient Evidence/Corpus
Rejected By DDA: PAUL BRAR
Rejected Date/Time: 06/02/2017 15:33:24 PM
Agency: CALIF. DEPT. PARKS AND REC - NORTH
DR #: 170325SUR-0085
Reject Comment: LACK OF EVIDENCE