# EXHIBIT 2



Jessica Aguilar, in black, slaps Tyler Laube (grey shirt) the first time, above, and then the second time, below.



Case 2:18-cr-00759-CJC    Document 376-2    Filed 03/21/24    Page 4 of 14    Page ID #:3411

[yahoo! news]    Search the web    News  Finance  Sports  More  Mail   Sign in

THE SACRAMENTO BEE

# Sacramento woman who slapped MAGA marcher in Orange County convicted of battery

**Darrell Smith**
August 15, 2019



A Sacramento woman who slapped a man at a Southern California "Make America Great Again" rally in support of President Donald Trump in 2017 was convicted in the attack, Orange County District Attorney's officials said Thursday.

Jessica Aguilar, 23, a counterprotester at the March 2017 rally at Bolsa Chica State Beach in Huntington Beach, was convicted Wednesday of a single count of misdemeanor battery in Orange County Superior Court.

drop the jail sentence, DA's officials said.

The March 2017 rally, billed a "MAGA March" drew about 2,000 people and soon became violent punctuated by a half-hour-long brawl between marchers and counterprotesters who tried to block the march on the state beach, the Orange County Register reported at the time.

Aguilar slapped the man twice. The attack was captured on video, Orange County DA's officials said in a Thursday statement.

In a statement, Orange County District Attorney Todd Spitzer said his office "does not condone random acts of violence."

"With political dissension on the rise across the country, it is important to remember that (the) right to protest is afforded to everyone; no one has the right to commit an act of violence against someone because they don't agree with their views."

Marchers were captured on video attacking two OC Weekly photographers and an intern from the publication, the Register reported at the time.

Three men who protested the march were charged with felonies for allegedly spraying pepper spray at marchers.

How those cases were resolved was not immediately known Thursday.

Aguilar faced a second charge of misdemeanor battery but prosecutors dropped the charge in July 2018, according to City News Service.

💬 View comments

Terms/Privacy Policy    Your Privacy Choices ✓✗    CA Privacy Notice    About Our Ads

Up next



Cameraman, Brian Feinzimer, steps on and breaks Attendee's American flag. This instigated a physical fight that followed.



Frank Tristan, wearing black jacket and black ski cap, holding cell phone, grabbed an unknown attendee (white shirt) whom just struck the cameraman, Feinzimer. Feinzimer was accused of breaking a woman's American flag. Several people are observing, including deceased former defendant, Aaron Eason (green jacket).



Jennifer Sterling (red shirt and red white and blue cowboy hat) tries to separate unknown rally attendee (white shirt, blue hat) from Tristan (black hat, black jacket).



Laube (grey shirt) sees Tristan (black) with hands on Sterling (red shirt), and punches Tristan 3 times, pushing him backward. The cameraman, Feinzimer (grey long sleeved shirt, beige hat), is seen helping Tristan.



Sterling (red shirt) pulls Laube (grey shirt and pants) away from Tristan



Pepper spray can be seen shooting toward Laube (grey) and Sterling (red shirt, blue pants).



Sterling (red), and two other attendees are blinded following being sprayed as Tristan (black) is not sprayed, and does not offer to assist anyone sprayed before running off to assist Antifa associates.



Tristan (black jacket, black shirt, black pants, black hat, backpack) is seen assisting a black bloc wearing Antifa member, Justin Fragosa, within minutes of his initial altercation about 50 yards from the Laube incident.



After assisting Antifa member on the beach, Tristan (black jacket in rear) stood next to goggles-wearing, black bloc clad anarchist, Justin Fragosa, accused of pepper spraying attendees of the event. Tristan appears to be using a cellular telephone to film pursuing angry attendees of the rally, none of whom were associated with any of the defendants. Fragosa was arrested for PC 22810(g)(1), illegal use of tear gas or similar device, P.C. 4404.6, inciting a riot, and P.C. 242, battery.