# EXHIBIT 3

12/14/2023

Honorable Judge Cormac Carney,

My name is Matthew Hunter, I'm writing this letter on behalf of Tyler Laube.
I met Tyler when I was working for All Pro doing framing around September of 2018.
He would miss work from time to time and didn't really know what his deal was.
I seen a lot of my little brother in him and tried to take him under my wing I guess you can say.
When we were working together I think he would miss work because he would rather hang out and do things kids do.

I offered him a place to live with me when I went to check on him one morning before I went to work and he was thinking about hurting himself because of the trouble he got into and thought it was the end for him to do anything good for himself because of the situation.
I didn't like the place he was in mentally and offered him a place to stay with me since we had an extra room at our house.
He got sober, was sober the entire span of over a year of living with me and still is.
He would help around the house without asking to, he would help take care of our dog and cat,
He even would help out our older neighbors when he'd see them taking their trash cans in.

Since then I've watched Tyler become one hell of a man and I'm proud to call him my friend!
Every job he's had since he has held until he found something to better himself and his life situation!
He has since become engaged to a very nice young lady and they have their own place as well!
He is a very caring, helpful young man. I see a lot for him in his future since he's found that there is nothing he can't do if he puts his mind to it!

Ive watched Tyler come a very long way over the years since I met him in late 2018, I don't see anything that would make him look back on his past besides knowing its the past and that's where it belongs!
Ive seen him at his lowest point and I'm watching him continue to make the best of himself for himself and his future wife!

I hope you can see the difference in Tyler as myself and many others have over the past years.

If you have any questions or concerns feel free to contact me at 714-

Sincerely,
Matthew Hunter

12/2023

To Whom It May Concern —

I am Sharon Hudson, Marmee (Grandma) to Tyler Jacob Fowke.

I am writing to share or some insight to the character of Tyler.

Tyler is my oldest and only grandson. Tyler had a tough and rough life as soon as he was born. My daughter (his mom) was not the best mom with a newborn. In short I had Tyler and his sister in my life most of their childhoods. Tyler lived with me and my husband from age 10-13 yrs old. During his teen years Tyler hit many roadblocks and made poor decisions. Tyler has not been the best person I know he can be before 2018. Since 2018 Tyler has worked on many things in bettering himself. One of them being sober and in AA the past 27 months. Tyler has made me very proud in turning his life around for the better and is now in a good place with a wonderful fiancé. Tyler has been assisting me at my house numerous times a day during the week in helping me care for husband who is on palative care and is his only caregiver besides the help I receive from Tyler.

①

Dec. 2023

Tyler helps his grandpa and I by picking groceries and insulin medications weekly and helps with keeping our home from deteriorating since I am the only person in a two story house and I too have medical issues with Iron and my back.

Tyler is a big asset to our lives as I am unable to have people over due to Covid & flu season.

I personally can speak on behalf of my husband and I that Tyler is a huge part of our day and lives and I don't know what I would do without his help and assistant on a daily basis.

I'm asking you to let Tyler continue doing what he is doing and I do know he has remorse for all the heartache he has imposed in the lives of our family.

Sincerely,
[signature]

Tyler J. Laube   page 2 continued


John McNicholas <jnm@mcnicholaslawoffice.com>

## Fwd: Tyler
1 message

**Tyler Laube** <                                                                    Thu, Dec 14, 2023 at 2:32 PM
To: John McNicholas <john@mcnicholaslawoffice.com>

---------- Forwarded message ---------
From: **david cota** <
Date: Thu, Dec 14, 2023 at 2:07 PM
Subject: Tyler
To: <

Tyler
Tyler and I haven't always been the best or friend , we actually started by not getting along what's so over . As time went on we decided to give each other a chance to see where our friendship could go , and surprisingly it went good. A little too good at first though and we both would feed off each others toxic treats. At this time if you were to ask me where I could imagine Tyler in 10 years it'd be dead or in jail, and he was okay with that. Couple years after his mindset started to changed and he knew he had to do something different so he looked towards sobriety. Like anyone else , he messed up here and there but he never gave up . He's now two years sober and is a complete different person from when we first met . Before if it didn't benefit him then he didn't care , now he will go out of his way to make sure others are okay . He's figured out his priorities and has started putting them first . Like I said , if you were to ask me where I'd see Tyler 10 years from the time we had met, it'd be far from where he is today and I think I speak for everyone when I say I'm very proud of the person he has become and can't wait for what the future holds for him.